```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY G. STAGLIANO,            :    CIVIL ACTION
                                 :    NO. 21-4936
          Plaintiff,             :
                                 :
     v.                          :
                                 :
JUDGE MICHAEL COLL, et al.,      :
                                 :
          Defendants.            :
```

## ORDER

**AND NOW**, this **5th** day of **April, 2022**, after considering Defendants' motions to dismiss and Plaintiff's responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motions to dismiss [ECF Nos. 29, 30, 31, 34, 36] are **GRANTED** as follows:

1. Plaintiff's claims against Prosecutorial Defendants Mary Mann, Michelle Deery, Katayoun Copeland, William Judge, and Judge John Whelan are **DISMISSED with prejudice**;

2. Plaintiff's claims against DHS Defendants the Pennsylvania Department of Human Services, Secretary Teresa D. Miller, Jessica Keith, and Patrick Marano are **DISMISSED with prejudice**;

3. Plaintiff's claims against Judicial Defendants Judge Michael Coll and Judge James Bradley are **DISMISSED with prejudice**;

4. Plaintiff's claims against the Delaware County Board of Judges are **DISMISSED with prejudice**; and

5. Plaintiff's claims against County Defendants the County of Delaware and The GEO Group, Inc. are **DISMISSED without prejudice**. Plaintiff is granted leave to amend his Monell claims against the County of Delaware and The GEO Group, Inc.[1] Plaintiff is afforded until **April 25, 2022** to file an amended complaint. If Plaintiff fails to do so, the Court will conclude that he intends to stand on his initial complaint.

It is further **ORDERED** that because Plaintiff has failed to serve the Commonwealth of Pennsylvania, Plaintiff's claims against the Commonwealth of Pennsylvania are **DISMISSED without prejudice** for lack of prosecution.[2]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1]   The docket incorrectly names this entity as Geo, Inc. The formal name of the entity is The GEO Group, Inc. The entity's name on the docket shall be changed to The GEO Group, Inc.

[2]   Even if the Commonwealth of Pennsylvania had been served, Plaintiff's claims against it would be barred by Eleventh Amendment immunity.